1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  | DAWN W.,

9  | Plaintiff,

10 | v.

11 | COMMISSIONER OF SOCIAL
SECURITY,

12

13 |  Defendant.

Case No. 2:25-cv-02253-JHC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

14

15        The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. # 2., and **ORDERS:**

16        1.  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure

17   provide that because Plaintiff has electronically filed a complaint seeking review under 42

18   U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

19   The Clerk shall notify Defendant this action has commenced by transmitting a Notice of

20   Electronic Filing to the Social Security Administration's Office of General Counsel and to the

21   United States Attorney of the Western District of Washington.

22        2.  Defendant shall file a certified copy of the Administrative Record and any affirmative

23   defenses within 60 days of the date of this order.

        //

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1        DATED this 14th day of November, 2023.

2

3                                        _John H. Chun_
                                         John H. Chun
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2