IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN MARIE WHEELER, | Civil No. 2:25-cv-02253-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

WHEREAS The Plaintiff has filed a stipulation for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act; it is hereby ORDERED that the Plaintiff's stipulation for attorney's fees is GRANTED and Plaintiff is awarded $9,500.00 in attorney's fees.

It is further ORDERED that the aforementioned award shall be payable directly to Plaintiff's counsel subject to any administrative offset due to Plaintiff's outstanding federal debt, if any existing.

DATED: June 22, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER – 1
2:25-CV-02253-JHC